Mabel Birdsall, Appellant, *v.* Richard J. Lewis, as Sheriff of the County of Albany, Respondent.

(Argued April 27, 1936; decided May 19, 1936.)

*Daniel J. Dugan, Isador Bookstein* and *Avrom M. Jacobs* for appellant.

*Walter L. Collins* for respondent.

*John J. Bennett, Attorney-General* (*Caleb Candee Brown, Jr.*, of counsel), for State Commission of Correction and Department of Correction, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.